Eric J. Allen, Law Office of Eric J. Allen, LTD, of Columbus, OH, argued for plaintiffs-appellants.

J. Hunter Bennett, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. David-

son, Director, and Kirk T. Manhardt, Assistant Director.

O'MALLEY, BRYSON, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Kenneth D. FARROW, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2012–7074.

United States Court of Appeals, Federal Circuit.

March 7, 2013.

Kenneth M. Carpenter, Carpenter, Chartered of Topeka, KS, argued for claimant-appellant.

Nicholas Jabbour, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-

appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Tracey Warren, Attorney, United States Department of Veterans Affairs, of Washington, DC.

MOORE, REYNA, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**